IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LARRY ALLEN LYMAN**                                                                                         **PLAINTIFF**

V.                                            **CASE NO. 5:24-CV-5228**

**ASSISTANT JAIL ADMINISTRATOR
MEGAN RUTLEDGE, Benton County
Detention Center (BCDC);
CAPTAIN KURT WYATT BANTA,
Transport Division, BCDC;
LIEUTENANT KATHRYN SCOTT, Booking, BCDC;
LIEUTENANT TYLER ROSS, Medical Official, BCDC;
SERGEANT BRITTNEY WRIGHT,
Booking Sergeant, BCDC;
and OFFICER JOHN DOE, BCDC**                                                                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 11) filed in this case on January 21, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and this case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 13th day of February, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE